144 A.3d 1255

IN THE MATTER OF FREDRIC J. GROSS, AN ATTORNEY
AT LAW (ATTORNEY NO. 021671976)

September 28, 2016

## CONSENT ORDER

This matter having been opened to the Court by the Director of the Office of Attorney Ethics and with the consent of **FREDRIC J. GROSS** of **MOUNT EPHRAIM,** who was admitted to the bar of this State in 1976, to be transferred to disability inactive status pursuant to *Rule* 1:20-12,

And the Office of Attorney Ethics and **FREDRIC J. GROSS** having agreed that **FREDRIC J. GROSS** lacks the capacity to practice law;

And good cause appearing;

It is ORDERED that **FREDRIC J. GROSS** is hereby transferred to disability inactive status, effective immediately, and until the further Order of the Court; and it is further

ORDERED that **FREDRIC J. GROSS** is hereby restrained from practicing law during the period that he remains on disability inactive status; and it is further

ORDERED that **FREDRIC J. GROSS** comply with *Rule* 1:20-20 governing incapacitated attorneys.